Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

TWIN LAKES PLAZA, LLC,

Plaintiff,

v.

EAGLE WEST INSURANCE COMPANY,

Defendant.

NO. 2:22-cv-01048-BJR

STIPULATED MOTION AND ORDER TO EXTEND CERTAIN DISCOVERY AND TRIAL RELATED DEADLINES

## I. INTRODUCTION

Pursuant to Local Civil Rules 10(g) and 16(b)(6), Plaintiff Twin Lakes Plaza, LLC ("Twin Lakes") and Defendant Eagle West Insurance Company ("EWIC") request that the expert report, discovery cutoff, and dispositive motion deadlines be extended for 30 days. All other deadlines, including the trial date, would remain unchanged. For the following reasons, the parties respectfully submit that good cause exists for this modest extension of the case schedule as requested in this stipulated motion.

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477

## II. GOOD CAUSE EXISTS FOR A 30-DAY CONTINUANCE

This case involves claims for insurance coverage and bad faith by Twin Lakes against EWIC. These claims stem from a fire that occurred at an apartment building owned by Twin Lakes and insured by EWIC.

This action was removed to this Court on July 28, 2022, and the parties exchanged initial disclosures in September 2022. The expert report deadline currently is April 10, 2023. The discovery cutoff is May 10, 2023, and the dispositive motions deadline is June 9, 2023. The parties believe that a 30-day continuance of each of these pre-trial deadlines is necessary to enable them to complete discovery and develop their positions, including expert positions. This is the parties' first request to extend pretrial deadlines.

Although the parties began issuing subpoenas and exchanging documents and written discovery several months in advance of the expert disclosure, discovery cutoff, and dispositive motion deadlines, some documents still have not yet been produced by non-parties. These include documents from ClaimCo, the independent adjuster that managed this claim on behalf of EWIC for approximately 18 months, and Atlas Consulting ("Atlas"), a building consultant that ClaimCo hired to inspect Twin Lakes' property as part of EWIC's claim investigation and prepare a preliminary repair estimate. Twin Lakes subpoenaed ClaimCo and Atlas' records on December 16, 2022. Atlas has not yet responded to the subpoena, and ClaimCo's initial production was incomplete.

The parties are cooperating to seek production of the ClaimCo and Atlas documents. Counsel for EWIC has been working with ClaimCo to ensure that the discoverable portions of its file are produced. EWIC's counsel is also working with Altas regarding production of its responsive documents.

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477

The parties' experts need to review the ClaimCo and Atlas documents for purposes of issuing reports in this matter, which are due in approximately one month under the current schedule. The parties request a 30-day extension of the expert disclosure deadline to allow sufficient time to gather and review the ClaimCo and Atlas documents and for their experts to incorporate these items into their reports. The parties also request a 30-day extension of the discovery cutoff to allow sufficient time to depose experts, a representative of ClaimCo, and potentially a representative of Atlas. *See* Dkt. 11. Once discovery is complete, the parties also will need additional time to file any dispositive motions in advance of the trial date.

The parties thus respectfully submit that good cause supports a modest 30-day continuance of the three deadlines highlighted in the table below.

| **Deadline** | **Current Deadline** | **New Deadline** |
|---|---|---|
| JURY TRIAL DATE | November 6, 2023 | November 6, 2023 |
| **Reports from expert witness under FRCP 26(a)(2) due** | **April 10, 2023** | **May 10, 2023** |
| **Discovery completed by** | **May 10, 2023** | **June 9, 2023** |
| **All dispositive motions must be filed by** | **June 9, 2023** | **July 10, 2023** |
| All motions *in limine* must be filed by | October 2, 2023 | October 2, 2023 |
| Joint Pretrial Statement | October 10, 2023 | October 10, 2023 |
| Pretrial conference | October 23, 2023 | October 23, 2023 |
| Length of Jury Trial | 5−7 Days | 5−7 Days |

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 10th day of March, 2023.

**GORDON TILDEN THOMAS & CORDELL LLP**
Attorneys for Plaintiffs

By *s/ Kasey D. Huebner*
Kasey D. Huebner, WSBA #32890
Miles C. Bludorn, WSBA #54238
600 University Street, Suite 2915
Seattle, Washington 98101
206.467.6477
khuebner@gordontilden.com
mbludorn@gordontilden.com

**BULLIVANT HOUSER BAILEY PC**
Attorneys for Defendant

By *s/ Daniel R. Bentson*
Daniel R. Bentson, WSBA #36825
Pamela J. DeVet, WSBA #32882
Tarin A. Schalow, WSBA #60047
925 Fourth Avenue, Suite 3800
Seattle, WA 98104
206.292.8930
dan.bentson@bullivant.com
pamela.devet@bullivant.com;
tarin.schalow@bullivant.com

STIPULATED MOTION AND ORDER TO EXTEND CERTAIN DISCOVERY AND TRIAL RELATED DEADLINES - 4
No. 2:22-CV-01048-BJR

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477

**ORDER**

Pursuant to the joint motion of the Parties, and for good cause shown, the deadlines in Dkt. 11, Order Setting Trial Date and Related Dates, are amended as set forth in the table below.

| | |
|---|---|
| Reports from expert witness under FRCP 26(a)(2) due | May 10, 2023 |
| Discovery completed by | June 9, 2023 |
| All dispositive motions must be filed by | July 10, 2023 |

All other deadlines in Dkt. 11 remain unchanged.

DATED this 13th day of March, 2023.

Barbara J Rothstein

BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER TO EXTEND CERTAIN DISCOVERY AND TRIAL RELATED DEADLINES - 5
No. 2:22-CV-01048-BJR

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477