THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TWIN LAKES PLAZA, LLC,

    Plaintiff,

v.

EAGLE WEST INSURANCE COMPANY,

    Defendant.

No.: 2:22-cv-01048-BJR

STIPULATED MOTION AND ORDER TO CONTINUE TRIAL AND AMEND CASE SCHEDULE

## I. JOINT MOTION

Pursuant to LCR 16(b)(6), Plaintiff Twin Lakes Plaza, LLC ("Twin Lakes") and Defendant Eagle West Insurance Company ("Eagle West") jointly request that the Court continue the trial date from November 6, 2023, to March 11, 2024, and amend the case schedule in a manner consistent with the trial continuance as proposed herein. Twin Lakes and Eagle West (collectively, the "Parties") submit that there is good cause for this continuance based on the circumstances and the need for the Parties to have sufficient time to prepare and present their claims and defenses in this case.

## II. DISCUSSION

The discovery deadline is currently set for June 9, 2023, pursuant to the Parties' Stipulated Motion and Order to Extend Certain Discovery and Trial Related Deadlines. Dkt.

STIPULATED MOTION AND ORDER TO CONTINUE TRIAL AND AMEND CASE SCHEDULE
NO.: 2:22-CV-01048-BJR

PAGE 1

Bullivant|Houser|Bailey PC
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

19. The Parties have diligently worked to complete discovery by the amended deadline. However, due to circumstances beyond the Parties' control, it will not be possible to do so. First, Daniel Bentson, who has been lead counsel for Eagle West since the commencement of this action, is leaving Bullivant Houser Bailey on May 1, 2023. Accordingly, Eagle West has new counsel, Joseph Hampton and Danielle McKenzie, effective April 25, 2023, who were not previously involved in this matter. In light of the recent change of counsel, Eagle West would be substantially prejudiced if this Court required the Parties to meet the deadlines set forth in the current case scheduling order. Second, counsel for Twin Lakes recently contracted COVID-19, which necessitated canceling a party deposition noted for May 3, 2023, and postponing the completion of discovery.

Due to the aforementioned circumstances the Parties cannot meet the current May 10, 2023 expert report deadline, the June 9, 2023 discovery deadline, the July 10, 2023 dispositive motion deadline, and prepare this case for trial by November 6, 2023. Accordingly, the Parties request that the Court reset the trial for March 11, 2024, and issue a new case scheduling order with deadlines corresponding to the new trial date.

In accordance with the requested 126-day continuance of the trial, the Parties stipulate to the following extension of the remaining case deadlines:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Reports from expert witnesses under FRCP 26(a)(2) due | May 10, 2023 | September 13, 2023 |
| Discovery completed by | June 9, 2023 | October 13, 2023 |
| All dispositive motions must be filed by | July 10, 2023 | November 13, 2023 |
| All motions *in limine* must be filed by | October 2, 2023 | February 5, 2024 |
| Joint Pretrial Statement | October 10, 2023 | February 13, 2024 |
| Pretrial conference at 10:30 a.m. | October 23, 2023 | February 26, 2024 |

STIPULATED MOTION AND ORDER TO CONTINUE TRIAL AND AMEND CASE SCHEDULE
NO.: 2:22-CV-01048-BJR

PAGE 2

Bullivant|Houser|Bailey PC
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

| Jury Trial Date | November 6, 2023 | March 11, 2024 |
| --- | --- | --- |
| Length of Jury Trial | 5-7 days | 5-7 days |

### III. CONCLUSION

The Parties do not seek this continuance due to any desire to delay or lack of diligence in pursuing discovery. Rather, the Parties believe that there is good cause for continuing the trial date and amending the case schedule under the circumstances, described herein, to allow for sufficient time to complete discovery, prepare and present dispositive motions, and prepare for trial, if necessary. Accordingly, the Parties are requesting that the trial be continued to the earliest date that their counsel are available for trial, which is March 11, 2024.

For the foregoing reasons, the Parties respectfully and jointly request that this Court continue the trial date and extend the remaining pre-trial deadlines set forth in Dkt. 11 and Dkt. 19 as proposed herein, pursuant to Federal Rule of Civil Procedure 6(b) and LCR 16(b)(6).

DATED: May 1, 2023

BULLIVANT HOUSER BAILEY PC

By  /s/ Danielle N. McKenzie
Joseph D. Hampton, WSBA #15297
joseph.hampton@bullivant.com
Danielle N. McKenzie, WSBA #49715
danielle.mckenzie@bullivant.com
Tarin A. Schalow, WSBA #60047
tarin.schalow@bullivant.com

Attorneys for Defendant Eagle West Insurance Company

STIPULATED MOTION AND ORDER TO CONTINUE TRIAL AND AMEND CASE SCHEDULE
NO.: 2:22-CV-01048-BJR

PAGE 3

Bullivant|Houser|Bailey PC
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

|     |                                                   |
|-----|---------------------------------------------------|
| 1   | GORDON TILDEN THOMAS & CORDELL LLP                |
| 2   |                                                   |
| 3   |                                                   |
| 4   | By */s/ Kasey D. Huebner*                         |
|     |     Kasey D. Huebner, WSBA #32890                 |
|     |     khuebner@gordontilden.com                     |
| 5   |     Emily Knight, WSBA #60639                     |
|     |     eknight@gordontilden.com                      |
| 6   |                                                   |
| 7   | Attorneys for Plaintiff Twin Lakes Plaza, LLC     |

4875-0830-8064.1

STIPULATED MOTION AND ORDER TO CONTINUE TRIAL AND AMEND CASE SCHEDULE
NO.: 2:22-CV-01048-BJR

PAGE 4

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

# ORDER

Pursuant to the joint motion of the Parties, and for good cause shown, the deadlines in Dkt. 11, Order Setting Trial Date and Related Dates, and Dkt. 19, Stipulated Motion and Order to Extend Certain Discovery and Trial Related Deadlines, are amended as set forth in the table below.

| | |
|---|---|
| Reports from expert witnesses under FRCP 26(a)(2) due | September 13, 2023 |
| Discovery completed by | October 13, 2023 |
| All dispositive motions must be filed by | November 13, 2023 |
| All motions *in limine* must be filed by | February 5, 2024 |
| Joint Pretrial Statement | February 13, 2024 |
| Pretrial conference at 10:30 a.m. | February 26, 2024 |
| Jury Trial Date | March 11, 2024 |
| Length of Jury Trial | 5-7 days |

IT IS SO ORDERED this 1st day of May 2023.

*/s/ Barbara J. Rothstein*

BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER TO CONTINUE TRIAL AND AMEND CASE SCHEDULE
NO.: 2:22-CV-01048-BJR

PAGE 5

Bullivant|Houser|Bailey PC
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

# CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF e-filing system which will send notification of such filing to the persons listed below:

Kasey D. Huebner
Emily Knight
GORDON TILDEN THOMAS & CORDELL LLP
600 University Street, Suite 2915
Seattle, Washington 98101
khuebner@gordontilden.com
eknight@gordontilden.com

☐ via hand delivery.
☐ via first class mail.
☐ via email
☒ CM/ECF E-service

*Attorneys for Plaintiffs*

Dated: May 1, 2023.

*/s/ Sally Gannett*
Sally Gannett, Legal Assistant

CERTIFICATE OF SERVICE
NO.: 2:22-CV-01048-BJR

PAGE 1

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930