THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TWIN LAKES PLAZA, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>EAGLE WEST INSURANCE COMPANY,<br><br>  Defendant. | No.: 2:22-cv-01048-BJR<br><br>STIPULATED MOTION AND ORDER TO CONTINUE TRIAL AND AMEND CASE SCHEDULE |

## I. JOINT MOTION

Pursuant to LCR 16(b)(6), Plaintiff Twin Lakes Plaza, LLC ("Twin Lakes") and Defendant Eagle West Insurance Company ("Eagle West") jointly request that the Court continue the trial date from March 11, 2024, to May 13, 2024, and amend the case schedule in a manner consistent with the trial continuance as proposed herein. Twin Lakes and Eagle West (collectively, the "Parties") submit that there is good cause for this continuance based on recent developments that the Parties anticipate will facilitate a settlement without engaging in protracted and costly discovery.

## II. DISCUSSION

This case arises out of a dispute over the benefits due under an insurance policy issued by Eagle West to Twin Lakes, for repairs to property owned by Twin Lakes. Twin

STIPULATED MOTION AND ORDER TO CONTINUE TRIAL AND AMEND CASE SCHEDULE
NO.: 2:22-CV-01048-BJR

PAGE 1

Bullivant|Houser|Bailey PC
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

Lakes has already undertaken those repairs, and they are nearing completion. Twin Lakes will not know the exact cost of the repairs until they are complete. Because the amount of damages Twin Lakes seeks is based on the total cost of the repairs, the uncertainty regarding the repair costs makes it difficult for the Parties to negotiate a settlement at this time. Accordingly, the Parties agree that the trial and forthcoming deadlines should be continued an additional sixty days to allow for time to complete the repairs and engage in settlement negotiations before incurring the time and expense of engaging in protracted discovery. Because the expert report deadline is currently set for September 13, 2023 and the discovery deadline is set for October 13, 2023, the Parties will need to begin incurring significant costs now, before having an opportunity to negotiate a settlement after the repairs are complete, if the deadlines are not continued an additional sixty days.

For the foregoing reasons, the Parties request that the Court reset the trial for May 13, 2024, and issue a new case scheduling order with deadlines corresponding to the new trial date.

In accordance with the requested 60-day continuance of the trial, the Parties stipulate to the following extension of the remaining case deadlines:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Reports from expert witnesses under FRCP 26(a)(2) due | September 13, 2023 | November 13, 2023 |
| Discovery completed by | October 13, 2023 | December 13, 2023 |
| All dispositive motions must be filed by | November 13, 2023 | January 15, 2023 |
| All motions *in limine* must be filed by | February 5, 2024 | April 1, 2024 |
| Joint Pretrial Statement | February 13, 2024 | April 15, 2024 |
| Pretrial conference at 10:30 a.m. | February 26, 2024 | April 29, 2024 |
| Jury Trial Date | March 11, 2024 | May 13, 2024 |

STIPULATED MOTION AND ORDER TO CONTINUE TRIAL AND AMEND CASE SCHEDULE
NO.: 2:22-CV-01048-BJR

PAGE 2

Bullivant|Houser|Bailey PC
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

| Length of Jury Trial | 5-7 days | 5-7 days |

### III. CONCLUSION

The Parties do not seek this continuance due to any desire to delay or lack of diligence in pursuing discovery. Rather, the Parties believe that it would be mutually beneficial to have additional time to attempt to reach a settlement without incurring significant costs on discovery.

For the foregoing reasons, the Parties respectfully and jointly request that this Court continue the trial date and extend the remaining pre-trial deadlines set forth in Dkt. 25 as proposed herein, pursuant to Federal Rule of Civil Procedure 6(b) and LCR 16(b)(6).

DATED:  August 18, 2023

BULLIVANT HOUSER BAILEY PC

By  s/ Danielle N. McKenzie
Joseph D. Hampton, WSBA #15297
E-mail:   joseph.hampton@bullivant.com
Danielle N. McKenzie, WSBA #49715
E-mail:   danielle.mckenzie@bullivant.com

Attorneys for Defendant Eagle West Insurance Company

GORDON TILDEN THOMAS & CORDELL LLP

By  s/ Kasey D. Huebner
Kasey D. Huebner, WSBA #32890
khuebner@gordontilden.com
Emily Knight, WSBA #60639
eknight@gordontilden.com

Attorneys for Plaintiff Twin Lakes Plaza, LLC

STIPULATED MOTION AND ORDER TO CONTINUE TRIAL AND AMEND CASE SCHEDULE
NO.: 2:22-CV-01048-BJR

PAGE 3

Bullivant|Houser|Bailey PC
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

**ORDER**

Pursuant to the joint motion of the Parties, and for good cause shown, the deadlines in Dkt. 25, Stipulated Motion and Order to Continue Trial and Amend Case Schedule, are amended as set forth in the table below.

| Event | Current Deadline | New Deadline |
|---|---|---|
| Reports from expert witnesses under FRCP 26(a)(2) due | September 13, 2023 | November 13, 2023 |
| Discovery completed by | October 13, 2023 | December 13, 2023 |
| All dispositive motions must be filed by | November 13, 2023 | January 15, 2024 |
| All motions *in limine* must be filed by | February 5, 2024 | April 1, 2024 |
| Joint Pretrial Statement | February 13, 2024 | April 15, 2024 |
| Pretrial conference at 10:30 a.m. | February 26, 2024 | April 29, 2024 |
| Jury Trial Date | March 11, 2024 | May 13, 2024 |
| Length of Jury Trial | 5-7 days | 5-7 days |

IT IS SO ORDERED this 21st day of August, 2023.

*/s/ Barbara J. Rothstein*
HONORABLE BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

4881-6827-6856.1

STIPULATED MOTION AND ORDER TO CONTINUE TRIAL AND AMEND CASE SCHEDULE
NO.: 2:22-CV-01048-BJR

PAGE 4

Bullivant|Houser|Bailey PC
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930