THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TWIN LAKES PLAZA, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EAGLE WEST INSURANCE COMPANY,<br><br>　　　　　Defendant. | No.: 2:22-cv-01048-BJR<br><br>STIPULATED MOTION AND ORDER FOR DISMISSAL OF ALL CLAIMS WITH PREJUDICE |

## **STIPULATION**

Plaintiff Twin Lakes Plaza, LLC stipulates to a dismissal of all claims against Defendant Eagle West Insurance Company, with prejudice and without costs and fees to any party in this action.

//

//

//

//

//

STIPULATED MOTION AND ORDER FOR DISMISSAL OF ALL CLAIMS WITH PREJUDICE
NO.: 2:22-CV-01048-BJR

PAGE 1

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

Dated: December 12, 2023

| | |
|---|---|
| GORDON TILDEN THOMAS & CORDELL LLP | BULLIVANT HOUSER BAILEY PC |
| *s/ Kasey D. Huebner* <br> Kasey D. Huebner, WSBA #32890 <br> khuebner@gordontilden.com <br> Emily Knight, WSBA #60639 <br> mbludorn@gordontilden.com <br> 600 University St., Ste. 2915 <br> Seattle, WA 98101-4172 <br> (206) 467-6477 | s/ *Joseph D. Hampton* <br> Joseph D. Hampton, WSBA #15297 <br> E-mail: joseph.hampton@bullivant.com <br> Danielle N. McKenzie, WSBA #49715 <br> E-mail: danielle.mckenzie@bullivant.com <br> 925 Fourth Avenue, Suite 3800 <br> Seattle, WA 98104 <br> (206) 292-8930 |
| ***Attorneys for Plaintiff Twin Lakes Plaza, LLC*** | ***Attorneys for Defendant Eagle West Insurance Company*** |

## ORDER

PURSUANT TO the stipulation of the parties, it is hereby ORDERED that this action and all claims asserted therein are hereby dismissed with prejudice and without an award of costs to any party.

DATED this 13th day of December, 2023.

*[signature: Barbara J. Rothstein]*

THE HONORABLE BARBARA J. ROTHSTEIN
U.S. District Court Judge

4877-2721-3966.1

STIPULATED MOTION AND ORDER FOR DISMISSAL OF ALL CLAIMS WITH PREJUDICE
NO.: 2:22-CV-01048-BJR

PAGE 2

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930